UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| v. | : | Crim. No. 08-620 |
| PATRICK DOLAN and JOHN SOZOMENOU | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the application of Christopher J. Christie, United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing) and Gregory Tomczak, Esq., appearing for defendant Patrick Dolan, and Peter Willis, Esq., appearing for defendant John Sozomenou, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

2. Additional time is necessary in which to negotiate a plea agreement;

3. Defendants have consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 24th day of October, 2008,

IT IS ORDERED that pretrial motions shall be filed by November 18, 2008; and

IT IS FURTHER ORDERED that the opposition to any motions is due December 2, 2008; and

IT IS FURTHER ORDERED that hearing on any motions will be on December 16, 2008, at 10:00 a.m.; and

IT IS FURTHER ORDERED that the trial is scheduled for January 6, 2009; and

IT IS FURTHER ORDERED that the period from October 28, 2008, through January 6, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

_____
HON. DICKINSON R. DEBEVOISE
United States District Judge