```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

UNITED STATES OF AMERICA         :    HON. DICKINSON R. DEBEVOISE

        v.                       :    Crim. No. 08-620

PATRICK DOLAN and                :    ORDER FOR CONTINUANCE
JOHN SOZOMENOU

      This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing) and Gregory Tomczak, Esq., appearing for defendant Patrick Dolan, and Peter Willis, Esq., appearing for defendant John Sozomenou, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

      IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

      1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

  2. Additional time is necessary in which to negotiate a plea agreement;

  3. Defendants have consented to the aforementioned continuance;

  4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

  WHEREFORE, on this 11th day of June, 2009,

  IT IS ORDERED that defendant's motions, if any, are due August 10, 2009; the government's response, if any, is due on August 24, 2009; the hearing on any motion will be on September 8, 2009; and the trial is scheduled for September 22, 2009; and

  IT IS FURTHER ORDERED that the period from June 5, 2009, through September 22, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

          _____
          HON. DICKINSON R. DEBEVOISE
          United States District Judge