UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. DICKINSON R. DEBEVOISE |
| v. | : | Crim. No. 08-620 |
| PATRICK DOLAN and JOHN SOZOMENOU | : | <u>ORDER FOR CONTINUANCE</u> |

This matter having come before the Court on the application of Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey (R. Joseph Gribko, Assistant U.S. Attorney, appearing) and Gregory Tomczak, Esq., appearing for defendant Patrick Dolan, and Peter Willis, Esq., appearing for defendant John Sozomenou, for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter brought to trial within 70 days of the date of their appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendants have consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendants desire additional time to negotiate a plea agreement, which would render any trial of this matter unnecessary;

2. Additional time is necessary in which to negotiate a plea agreement;

3. Defendants have consented to the aforementioned continuance;

4. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, on this 18th day of August, 2009,

IT IS ORDERED that defendant's motions, if any, are due October 13, 2009; the government's response, if any, is due on October 27, 2009; the hearing on any motion will be on November 10, 2009; and the trial is scheduled for November 24, 2009; and

IT IS FURTHER ORDERED that the period from August 18, 2009, through November 24, 2009, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(8).

HON. DICKINSON R. DEBEVOISE
United States District Judge